# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PIERO A. BUGONI,**
Appellant,

v.

**PAM BONDI, TAYLOR O'BRIEN, LINDSAY TURNBULL,
SHARON BILU** and **JOHN MEGALLY,**
Appellees.

No. 4D16-4242

[November 16, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE16 000420.

Piero A. Bugoni, Boca Raton, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Carrol Y. Cherry Eaton, Senior Assistant Attorney General, Fort Lauderdale, for appellee Pam Bondi.

Richard C. McCrea, Jr., of Greenberg Traurig, P.A., Tampa, for appellees Taylor O'Brien, Lindsay Turnbull, Sharon Bilu and John Megally.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*